IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY BERNARD WILLIAMS                                             PLAINTIFF

V.                           CASE NO. 10-CV-4032

SHERIFF RON STOVALL, Miller
County, Arkansas; and BRENT HALSTROM,
Chief Prosecuting Attorney, Miller County                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 19, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 3). Judge Bryant recommends that this case be dismissed because Plaintiff's claims are frivolous. Judge Bryant further recommends that this case be dismissed because Plaintiff fails to state a claim upon which relief may be granted and has filed claims against an individual who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's request to proceed *in forma pauperis* is **DENIED** and Plaintiff's claims are **DISMISSED**. The dismissal of this case will count as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 8th day of April, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge